IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCGREW ET AL, | No. CV 15-00164 MEJ |
|     Plaintiff, | **ORDER** |
| v. | |
| HOWMEDIA OSTEONICS CORP., | |
|     Defendant. | |

GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED that this case is reassigned to the **Honorable Haywood S. Gilliam** in the **San Franicsco division** for all further proceedings. Counsel are instructed that all future filings shall bear the **initials HSG** immediately after the case number. All dates presently scheduled are vacated and motions should be renoticed for hearing before the judge to whom the case has been reassigned. Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall proceed in accordance with Fed. R. Civ. P. 72(b).

FOR THE EXECUTIVE COMMITTEE:

Dated: April 3, 2015

Richard W. Wieking
Clerk of Court

A true and correct copy of this order has been served by mail upon any pro se parties.