**SEDGWICK LLP**
Mario Horwitz (Bar No. 110965)
mario.horwitz@sedgwicklaw.com
James Nelson (State Bar No. 181256)
james.nelson@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:     213.426.6900
Facsimile:     213.426.6921

Attorneys for Defendant, Howmedica Osteonics Corp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN JAEGER and WILLIAM JAEGER,<br><br>Plaintiffs,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORP.<br><br>Defendant. | Case No. 3:15-cv-00164-HSG<br><br>DEFENDANT HOWMEDICA OSTEONICS CORP'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND ORDER<br><br>CMC:  04/21/15<br>Time:  2:00 PM<br>Place:  Courtroom 15 |

Defendant Howmedica Osteonics Corp's out of state counsel, Paul Asfendis, who anticipates submitting an application to appear as counsel *pro hac vice* this week, respectfully requests permission to appear telephonically on behalf of Defendant Howmedica Osteonics Corp at the Case Management Conference currently set for April 21, 2015 at 2:00 P.M. in Courtroom 15 of the above-referenced court.  Paul Asfendis resides in the State of New Jersey.  Howmedica Osteonics Corp's California counsel will attend the Conference in person.

DATED:  April 14, 2015          SEDGWICK LLP


By: /s/ James Nelson
          Mario Horwitz
          James Nelson
          Attorneys for Defendant, Howmedica Osteonics Corp

DEFENDANT HOWMEDICA OSTEONICS CORP'S REQUEST TO APPEAR TELEPHONICALLY AT CASE
MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

## <u>ORDER</u>

The Court, having reviewed the above request, and finding GOOD CAUSE therefore, IT IS ORDERED that said request is GRANTED and Defendant Howmedica Osteonics Corp's out-of-state counsel is granted permission to appear telephonically at the Case Management Conference currently set for April 21, 2015 at 2:00 P.M. in Courtroom 15, of the above-referenced court. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: _____, 2015    _____

The Honorable Judge Hayward S. Gilliam, Jr.
United States District Judge

DEFENDANT HOWMEDICA OSTEONICS CORP'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER