**SEDGWICK LLP**
Mario Horwitz (Bar No. 110965)
mario.horwitz@sedgwicklaw.com
James Nelson (State Bar No. 181256)
james.nelson@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone:   213.426.6900
Facsimile:    213.426.6921

**GIBBONS PC**
Paul Asfendis  (New York Bar No. 3005600)
(*Pro Hac Vice* pending)
pasfendis@gibbonslaw.com
One Pennsylvania Plaza, 37th Floor
New York, New York  10119-3701
Telephone:  (212) 613-2000
Facsimile:  (212) 290-2018

Attorneys for Defendant, Howmedica Osteonics Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COLLEEN JAEGER and WILLIAM JAEGER, | Case No. 3:15-cv-00164-MEJ |
|---|---|
| Plaintiffs, | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (CIVIL LOCAL RULE 11-3) |
| v. | |
| HOWMEDICA OSTEONICS CORP. | |
| Defendant. | |

I, Paul Asfendis, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Defendant Howmedica Osteonics Corp in the above-entitled action. My local co-counsel in this case is Mario Horwitz, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record:<br>One Pennsylvania Plaza, 37th Floor<br>New York, New York  10119-3701 | Local Counsel's Address of Record:<br>801 S. Figueroa Street, 19th Floor<br>Los Angeles, CA  90017 |
|---|---|
| My Telephone # of Record:<br>(212) 613-2000 | Local Counsel's Telephone # of Record:<br>(213) 426-6900 |
| My Email Address of Record:<br>pasfendis@gibbonslaw.com | Local Counsel's Email Address of Record:<br>mario.horwitz@sedgwicklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State, as indicated above; my New York bar number is: 3005600.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 10, 2015 at New York, New York.

_____
Paul Asfendis