UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN JAEGER and WILLIAM JAEGER,<br><br>Plaintiffs,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORP.<br><br>Defendant. | Case No. 3:15-cv-00164-MEJ<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

IT IS HEREBY ORDERED THAT the application of Kim Catullo is granted subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

DATED: 4/16/2015

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

1

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*