1  **SEDGWICK LLP**
   Mario Horwitz (Bar No. 110965)
2  mario.horwitz@sedgwicklaw.com
   James Nelson (State Bar No. 181256)
3  james.nelson@sedgwicklaw.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, CA  90017-5556
   Telephone:     213.426.6900
5  Facsimile:     213.426.6921

6  Attorneys for Defendant, Howmedica Osteonics Corp

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 COLLEEN JAEGER and WILLIAM JAEGER,    Case No. 3:15-cv-00164-HSG

                Plaintiffs,

12                                      STIPULATION AND ORDER TO
     v.                                 CONTINUE CASE MANAGEMENT
13                                      CONFERENCE
   HOWMEDICA OSTEONICS CORP.
14
                Defendant.
15

16      Defendant Howmedica Osteonics Corp and Plaintiffs Colleen Jaeger and William Jaeger

17 hereby submit this stipulation to continue the case management conference currently scheduled

18 for April 21, 2015;

19      WHEREAS, national counsel for both plaintiffs and defendant are counsel of record in

20 other actions involving the same device at issue here, whereas counsel for Defendant

21 Howmedica Osteonics Corp. is in the process of applying for admission *pro hac vice* and expects

22 to file a motion for admission within the next week, and whereas counsel are engaged on a

23 related matter on April 21, 2015;

24      IT IS HEREBY STIPULATED by and between the parties hereto that the case

25 management conference scheduled for April 21, 2015 be continued to May 1, May 5, 2015 or the

26 next available date convenient to the Court.

27

28

20027210v1                                   1
              STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC

| | |
|---|---|
| 1 | DATED:  April 14, 2015 |
| 2 | |
| 3 | By: */s/ James G. O'Brien* <br> James G. O'Brien <br> Attorneys for Plaintiffs |
| 4 | |
| 5 | DATED:  April 14, 2015        SEDGWICK LLP |
| 6 | By: */s/ James Nelson* <br> Mario Horwitz <br> James Nelson <br> Attorneys for Defendant, Howmedica Osteonics Corp |

### ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

By: */s/ James Nelson*
James Nelson

### ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the Case Management Conference will be continued to May 5, 2015.

DATED: April 16, 2015

HONORABLE HAYWOOD GILLIAM

United States District Judge