Lori E. Andrus (SBN 205816)
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile: (415) 986-1474
lori@andrusanderson.com

James G. O'Brien (*pro hac vice*)
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Telephone: (419) 841-9623
Facsimile: (419) 841-9719
jim@zkblaw.com

*Attorneys for Plaintiffs*
*Colleen Jaeger and William Jaeger*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COLLEEN JAEGER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORP.,<br><br>Defendant. | Civil Action No.: 15-cv-00164-HSG<br><br>**UNOPPOSED MOTION TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**AND [PROPOSED] ORDER** |

Plaintiffs Colleen Jaeger and William Jaeger, by their undersigned counsel, respectfully request the Court allow their national counsel, James G. O'Brien, to appear telephonically at the upcoming Case Management Conference:

1. This case is one of nine involving the medical device known as "CerviCore" that were originally filed on a consolidated action but were since transferred to seven districts. Ms. Jaeger's case is the only CerviCore case pending in the Northern District of California.

2. Attorney James G. O'Brien is lead national plaintiffs' counsel on all filed CerviCore cases. Mr. O'Brien resides in and works in Ohio.

3. Mr. O'Brien and Paul Asfendis, national defense counsel for Howmedica, communicate

almost daily on issues related to CerviCore cases, including this case.

4. The Court set a CMC for April 21, 2015 at 2:00 p.m.

5. Plaintiffs' counsel and Defendant's counsel have a discovery dispute hearing in a related CerviCore case on April 21 at 11 a.m. (Central) in the Southern District of Illinois. That Court has indicated it will allow telephonic attendance, but counsel have not finalized their plans on whether to attend telephonically or in person.

6. In this case, Defendant filed a motion (in which Plaintiffs joined) asking the Court to reschedule the April 21 CMC. (Doc. 46.)

7. Defendant also filed a motion to appear telephonically to which Plaintiffs have no objection (Doc. 47.)

8. Plaintiffs' San Francisco–based counsel, Lori E. Andrus, will attend the CMC in person, whether on April 21 or, if the Court reschedules, on another date.

9. Plaintiffs' counsel consulted with Defendant's counsel and Defendant does not object to Plaintiffs' counsel attending the CMC telephonically.

**WHEREFORE**, Plaintiffs request the Court permit counsel James G. O'Brien to attend the Case Management Conference—whether as originally scheduled or on another date—telephonically.

DATE: April 15, 2015                                           ZOLL, KRANZ & BORGESS, LLC

                                                               By:     */s/ James G. O'Brien*
                                                                         James G. O'Brien

                                                               James G. O'Brien (*pro hac vice*)
                                                               ZOLL, KRANZ & BORGESS, LLC
                                                               6620 W. Central Avenue, Suite 100
                                                               Toledo, OH  43617
                                                               Telephone:  (419) 841-9623
                                                               Facsimile:   (419) 841-9719
                                                               jim@zkblaw.com

                                                               *Attorney for Plaintiffs*
                                                               *Colleen Jaeger and William Jaeger*

- 2 -

**ORDER**

The Court, having reviewed Plaintiffs' request to allow counsel James G. O'Brien to attend telephonically, and finding GOOD CAUSE, GRANTS the Motion. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: 4/16/2015

Hon. Hayward S. Gilliam, Jr.
United States District Judge