1  **SEDGWICK LLP**
   Mario Horwitz (Bar No. 110965)
2  mario.horwitz@sedgwicklaw.com
   James Nelson (State Bar No. 181256)
3  james.nelson@sedgwicklaw.com
   801 South Figueroa Street, 19th Floor
4  Los Angeles, CA  90017-5556
   Telephone:     213.426.6900
5  Facsimile:      213.426.6921

6  **GIBBONS PC**
   Kim Catullo (admitted *Pro Hac Vice*)
7  kcatullo@gibbonslaw.com
   One Gateway Center
8  Newark, New Jersey  07102-5310
   Telephone:  (973) 596-4500
9  Facsimile:  (973) 596-0545

10 **GIBBONS PC**
   Paul Asfendis  (admitted *Pro Hac Vice*)
11 pasfendis@gibbonslaw.com
   One Pennsylvania Plaza, 37th Floor
12 New York, New York  10119-3701
   Telephone:  (212) 613-2000
13 Facsimile:  (212) 290-2018

14 Attorneys for Defendant, Howmedica Osteonics Corp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COLLEEN JAEGER and WILLIAM JAEGER, | Case No. 3:15-cv-00164-HSG |
|---|---|
| Plaintiffs, | DEFENDANT HOWMEDICA OSTEONICS CORP'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND ORDER |
| v. | |
| HOWMEDICA OSTEONICS CORP. | |
| Defendant. | CMC: 5/5/15<br>Time:   2:00 PM<br>Place:  Courtroom 15 |

Defendant Howmedica Osteonics Corp's out of state counsel, Paul Asfendis, who is admitted *Pro Hac Vice* in this matter, respectfully requests permission to appear telephonically on behalf of Defendant Howmedica Osteonics Corp at the Case Management Conference

currently set for May 5, 2015 at 2:00 P.M. in Courtroom 15 of the above-referenced court. Paul Asfendis resides in the State of New York. Howmedica Osteonics Corp's California counsel will attend the Conference in person.

DATED:  April 23, 2015            SEDGWICK LLP


                                  By: /s/ Mario Horwitz
                                      Mario Horwitz
                                      James Nelson
                                      Attorneys for Defendant, Howmedica Osteonics Corp

**ORDER**

The Court, having reviewed the above request, and finding GOOD CAUSE therefore, IT IS ORDERED that said request is GRANTED and Defendant Howmedica Osteonics Corp's out-of-state counsel is granted permission to appear telephonically at the Case Management Conference currently set for May 5, 2015 at 2:00 P.M. in Courtroom 15, of the above-referenced court. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: April 30, 2015

*Haywood S. Gilliam Jr.*

The Honorable Judge Haywood S. Gilliam, Jr.
United States District Judge