UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN JAEGER, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>HOWMEDICA OSTEONICS CORP.,<br>　　　　Defendant. | Case No. 15-cv-00164-HSG<br><br>**SCHEDULING ORDER** |

Pursuant to the Court's ruling at the Case Management Conference in this matter held on May 5, 2015, the following dates are hereby set:

| | |
|---|---|
| Last Day to file response to Amended Complaint | **June 15, 2015** |
| Further Case Management Conference | **August 25, 2015**<br>**2:00 p.m., Courtroom 15** |
| Close of fact discovery | **February 12, 2016** |
| Plaintiff's Rule 26(a)(2) expert disclosures due | **March 4, 2016** |
| Defendant's Rule 26(a)(2) expert rebuttal disclosures due | **April 11, 2016** |
| Close of expert discovery | **May 20, 2016** |
| Last day to file dispositive motions | **June 15, 2016** |
| Last day to hear dispositive motions | **July 21, 2016** |

| | | |
|---|---|---|
| Pretrial Conference | | September 13, 2016<br>3:00 p.m., Courtroom 15 |
| Jury Trial (10 days) | | September 26, 2016<br>8:30 a.m., Courtroom 15 |

**IT IS SO ORDERED.**

Dated: May 29, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge