**SEDGWICK LLP**
Mario Horwitz (Bar No. 110965)
mario.horwitz@sedgwicklaw.com
James Nelson (State Bar No. 181256)
james.nelson@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:    213.426.6900
Facsimile:     213.426.6921

**GIBBONS PC**
Kim Catullo (admitted *Pro Hac Vice*)
kcatullo@gibbonslaw.com
Paul Asfendis  (admitted *Pro Hac Vice*)
pasfendis@gibbonslaw.com
One Pennsylvania Plaza, 37th Floor
New York, New York  10119-3701
Telephone:  (212) 613-2000
Facsimile:  (212) 290-2018

Attorneys for Defendant, Howmedica Osteonics Corp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COLLEEN JAEGER and WILLIAM JAEGER, | Case No. 3:15-cv-00164-HSG |
|---|---|
| Plaintiffs, | DEFENDANT HOWMEDICA OSTEONICS CORP'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND ORDER |
| v. | |
| HOWMEDICA OSTEONICS CORP. | |
| Defendant. | CMC: 03/08/16<br>Time:   2:00 PM<br>Place: Courtroom 15 |

PLEASE TAKE NOTICE that counsel of record for Defendant Howmedica Osteonics Corp, Paul Asfendis and Mario Horwitz, both of whom reside outside of this District Court, hereby respectfully request the Court enter an Order allowing them to appear telephonically at the Case Management Conference currently set for March 8, 2016 at 2:00 p.m. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco of the above-referenced court.

1 | DATED: March 4, 2016                    SEDGWICK LLP

2

3 | By: */s/ James Nelson*
4 |     Mario Horwitz
    |     James Nelson
5 |     Attorneys for Defendant, Howmedica Osteonics Corp

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having reviewed the above request, and finding GOOD CAUSE thereto, IT IS THEREFORE ORDERED that said request is GRANTED and Defendant Howmedica Osteonics Corp is granted permission to appear telephonically at the Case Management Conference currently set for March 8, 2016 at 2:00 P.M. in Courtroom **10**, **19**th Floor, 450 Golden Gate Avenue, San Francisco of the above-referenced court. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: March 4, 2016

*[signature: Haywood S. Gilliam Jr.]*
The Honorable Judge Haywood S. Gilliam, Jr.
United States District Judge