UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLLEEN JAEGER**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **HOWMEDICA OSTEONICS CORP.**, <br><br> Defendant. | Case No.    3:15-cv-164-HSG <br><br> **ORDER** |

### **ORDER**

The Court, having reviewed the above request, and finding GOOD CAUSE thereto, IT IS THEREFORE ORDERED that said request is GRANTED. Counsel for Plaintiffs Colleen and William Jaeger is granted permission to appear telephonically at the Case Management Conference set for March 8, 2016 at 2:00 P.M. in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED:  March 7, 2016

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge