**SEDGWICK LLP**
Mario Horwitz (Bar No. 110965)
mario.horwitz@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:     213.426.6900
Facsimile:      213.426.6921

**GIBBONS PC**
Kim Catullo (admitted *Pro Hac Vice*)
kcatullo@gibbonslaw.com
Paul Asfendis  (admitted *Pro Hac Vice*)
pasfendis@gibbonslaw.com
One Pennsylvania Plaza, 37th Floor
New York, New York  10119-3701
Telephone:  (212) 613-2000
Facsimile:  (212) 290-2018

Attorneys for Defendant, Howmedica Osteonics Corp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN JAEGER and WILLIAM JAEGER,<br><br>Plaintiffs,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORP.<br><br>Defendant. | Case No. 3:15-cv-00164-HSG<br><br>**JOINT STIPULATION FOR A TELEPHONIC CASE MANAGEMENT CONFERENCE AND ORDER** |

On October 14, 2016, the Court issued an Order directing the parties to file a joint status report.  Because it will be necessary to divulge sensitive and confidential information in order to update the Court, the parties jointly request that the Court schedule a telephonic conference to discuss the status of the matter.  The parties anticipate requesting that Defendant's time to re-file the Motion for Judgment on the Pleadings be extended to November 18, 2016 to afford the parties the opportunity to complete the process in which they are currently engaged.

| | | |
|---|---|---|
| 1 | DATED: October 17, 2016 | GIBBONS P.C. |
| 2 | | |
| 3 | | By: */s/ Paul E. Asfendis* |
| | | Paul E. Asfendis |
| 4 | | Attorneys for Defendant, Howmedica Osteonics Corp. |
| 5 | | |
| 6 | DATED: October 17, 2016 | ZOLL & KRANZ, LLC |
| 7 | | |
| 8 | | By: */s/ James O'Brien* |
| | | James O'Brien (SBN 308239) |
| 9 | | Attorneys for Plaintiffs |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

83885224v1

2

JOINT STIPULATION FOR A TELEPHONIC CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

## ATTESTATION PURSUANT TO LOCAL CIVIL RULE 5

Pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatories to this document.

By:  */s/ Mario Horwitz*
     Mario Horwitz

## **ORDER**

PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.

1. The parties shall update the Court on the status of this matter during a telephonic conference at 3:00 p.m. on October 18, 2016. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: October 17, 2016

_____
The Honorable Judge Haywood S. Gilliam, Jr.
United States District Judge