# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COLLEEN JAEGER**, et al., | Civil Action No.  4:15-cv-164-HSG |
| Plaintiffs, | |
| v. | **[PROPOSED]** **ORDER GRANTING 45 DAYS TO FILE DISMISSAL** |
| **HOWMEDICA OSTEONICS CORP.**, | |
| Defendant. | |

The Parties having provided a Notice of Resolution (Doc. 108), the Court hereby **ORDERS** that Plaintiffs shall have 45 days from the date of entry of this Order in which to file a final dismissal.

**SO ORDERED.**

_3/2/2017_

Hon. Haywood S Gilliam, Jr.