**SEDGWICK LLP**
Mario Horwitz (Bar No. 110965)
mario.horwitz@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017-5556
Telephone:     213.426.6900
Facsimile:     213.426.6921

**GIBBONS PC**
Kim Catullo (admitted *Pro Hac Vice*)
kcatullo@gibbonslaw.com
Paul Asfendis  (admitted *Pro Hac Vice*)
pasfendis@gibbonslaw.com
One Pennsylvania Plaza, 37th Floor
New York, New York  10119-3701
Telephone:  (212) 613-2000
Facsimile:  (212) 290-2018

Attorneys for Defendant, Howmedica Osteonics Corp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN JAEGER and WILLIAM JAEGER,<br><br>Plaintiffs,<br><br>v.<br><br>HOWMEDICA OSTEONICS CORP.<br><br>Defendant. | Case No. 3:15-cv-00164-HSG<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), and the Stipulation of Dismissal With Prejudice filed concurrently by the parties,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Dated:  March 27, 2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge